UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00138 |
| | ) | JUDGE SHARP |
| JIM FAULEY | ) | |

## O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, September 25, 2013, at 3:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE